# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRUSTEES OF PIPEFITTERS LOCAL 636 DEFINED
BENEFIT PENSION FUND, et al,

        Plaintiffs,

-vs-

MARBLE MECHANICAL, LLC, a Michigan
corporation; and MARY MARBLE, individually,

        Defendants.

Case No. 3:20-cv-13222
Hon. Robert H. Cleland
Mag. Judge R. Steven Whalen

*AsherKelly, PLLC*
DAVID J. SELWOCKI (P51375)
MELISSA M. KELM (P81739)
BRETT A. BORDER (P65534)
Attorneys for Plaintiffs
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
(248) 746-2759
dselwocki@asherkellylaw.com
mkelm@asherkellylaw.com
bborder@asherkellylaw.com

## ORDER GRANTING MOTION FOR ALTERNATE SERVICE

This matter having come before the Court upon Plaintiffs' Ex Parte Motion for Alternate Service [Doc #5];

***IT IS HEREBY ORDERED*** that service of the Summons and Complaint on Defendants Marble Mechanical, LLC and Mary Marble be allowed by alternate service, as follows:

A. By mailing a copy of the Summons and Complaint and Order for Alternate Service upon Marble Mechanical, LLC and Mary Marble by FIRST CLASS mail to the address of 2080 Rhine Road, West Bloomfield, Michigan 48323;

B. By mailing a copy of the Summons and Complaint and Order for Alternate Service upon Marble Mechanical, LLC and Mary Marble by CERTIFIED MAIL to the address of 2080 Rhine Road, West Bloomfield, Michigan 48323; and

C. By posting a copy of the Summons and Complaint and Order for Alternate Service to the front door of Mary Marble's address of 2080 Rhine Road, West Bloomfield, Michigan 48323.

S/Robert H. Cleland
HON. ROBERT H. CLELAND
United States District Court Judge

Dated: May 25, 2021

*Prepared By:*
David J. Selwocki (P51375)
AsherKelly, PLLC
Attorneys for Plaintiffs
25800 Northwestern Hwy., Suite 1100
Southfield, MI 48075
(248) 746-2759

W2491205.DOC