# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

TRUSTEES OF PIPEFITTERS LOCAL 636 DEFINED
BENEFIT PENSION FUND, et al,

           Plaintiffs,

-vs-

MARBLE MECHANICAL, LLC, a Michigan
corporation; and MARY MARBLE, individually,

           Defendants.

Case No. 3:20-cv-13222
Hon. Robert H. Cleland
Mag. Judge R. Steven Whalen

---

*AsherKelly, PLLC*
DAVID J. SELWOCKI (P51375)
MELISSA M. KELM (P81739)
Attorneys for Plaintiffs
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
(248) 746-2759
dselwocki@asherkellylaw.com
mkelm@asherkellylaw.com

---

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

This matter having come before the Court by way of Plaintiffs' Motion for
Default Judgment Against Defendants [Doc #13], and the Court being otherwise
fully advised in the premises;

*IT IS HEREBY ORDERED* that Plaintiffs' Motion for Entry of Default
Judgment Against Defendants is hereby granted for the reasons stated on the
record;

*IT IS FURTHER ORDERED*:

A.   That Defendant MARBLE MECHANICAL, LLC open the company's books and records in order for Plaintiffs to conduct a complete an updated audit to determine all amounts due and owing Plaintiff Funds;

B.   That the Court will amend its Judgment to include an amount determined due pursuant to the audit as set forth above, as well as liquidated damages thereon, including accumulated interest, actual attorney fees, court costs, audit, late payment liquidated damages and other collection costs pursuant to 29 USC §1132(g)(2) and any other amounts that become due during the pendency of this matter.  Said other amounts will be ordered upon further submissions to the Court by Plaintiffs;

C.   That the Defendants abide by all terms and conditions of the applicable Collective Bargaining Agreement regarding the payment of contributions, including, but not limited to, timely payment of contributions and posting of the required cash deposit or surety; and

D.   That jurisdiction of this matter be retained pending compliance with the Court's Orders.

HON. ROBERT H. CLELAND
United States District Court Judge

AUG = 4 2021

Dated: _____

*Prepared By:*
David J. Selwocki (P51375)
AsherKelly, PLLC
Attorneys for Plaintiffs
25800 Northwestern Hwy., Suite 1100
Southfield, MI  48075
(248) 746-2759

W2502795.DOC